```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
```

Paul Lee Morgan,                :

    Plaintiff,               :

  v.                            :        Case No. 2:09-cv-218

Ginny Lamneck, et al.,          :        JUDGE HOLSCHUH

    Defendants.              :

## ORDER

Plaintiff has moved for an extension of time in which to file a motion to amend the complaint or to join parties. The motion sets forth good cause for an extension and the motion (#9) is therefore granted. The new date to file is November 2, 2009.

                                            /s/ Terence P. Kemp
                                            United States Magistrate Judge