IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PAUL MORGAN,** | Case No. 2:09-cv-218 |
| Plaintiff, | Judge Algenon Marbley |
| v. | |
| **GINNY LAMNECK, et al.,** | Magistrate Terence Kemp |
| Defendants. | |

**OPINION AND ORDER
GRANTING STAY OF PROCEEDINGS
PENDING RESOLUTION OF APPEAL**

This matter is before the Court upon Defendants Lamneck and Young's Motion to Temporarily Stay Proceedings Pending Resolution of Appeal (doc. # 74). Plaintiff Paul Morgan did not file any opposition to Defendants' motion. In a Notice of Interlocutory Appeal (doc. # 73), Defendants gave notice that they appealed this Court's order denying them protection from suit under the doctrine of qualified immunity. (*See* Opinion and Order, doc. # 70.)

After careful consideration of the issues raised in Defendants' memorandum in support, this Court hereby **GRANTS** Defendants' motion and accordingly **VACATES** all dates set forth in this Court's March 24, 2011 order (doc. # 71). Once Defendants' appeal is resolved by the Sixth Circuit Court of Appeals, the Court will set forth a new order, if necessary.

IT IS SO ORDERED.

Dated: June 20, 2011

   s/Algenon L. Marbley
Algenon L. Marbley
United States District Judge